Richard M. DONAHEY; Patricia A.
Donahey, Plaintiffs–Appellants
Cross–Appellees,

v.

Helen L. BOGLE, Defendant–Appellee
Cross–Appellants,

Katherine Will Livingstone, as Personal
Representative of the Estate of Sea-
borne S. Livingstone; H. Gordon
Wood; St. Clair Rubber Company, De-
fendants–Appellees.

Nos. 92–1128, 92–1151.

United States Court of Appeals,
Sixth Circuit.

July 7, 2000.

Before MARTIN, Chief Judge,
MERRITT, BOGGS, NORRIS,
SUHRHEINRICH, SILER,
BATCHELDER, DAUGHTREY,
MOORE, COLE, CLAY, and GILMAN,
Circuit Judges.

*ORDER*

On June 15, 1998, the United States
Supreme Court vacated our decision, *Do-
nahey v. Bogle,* 129 F.3d 838 (6th Cir.
1997), and remanded the case to this court
for further consideration in light of *United
States v. Bestfoods,* 524 U.S. 51, 118 S.Ct.
1876, 141 L.Ed.2d 43 (1998). On October
22, 1998, we issued an order vacating the
judgment of the district court and remand-
ing the case to the district court for fur-
ther proceedings consistent with the *Best-
foods* opinion. Defendant Bogle moves for
reconsideration of the remand order, and
the plaintiffs have responded to the motion
for reconsideration.

We grant reconsideration and order the
following:

1) the October 22, 1998 order of this
court is VACATED;

2) the en banc decision, *Donahey v. Bo-
gle,* 129 F.3d 838 (6th Cir.1997), is REIN-
STATED, except for the ruling on the
operator liability of Seabourn S. Living-
stone. The reinstated decision affirms the
district court's denial of the motion for
attorney fees and reinstates and reaffirms
the panel decision in this case, *Donahey v.
Bogle,* 987 F.2d 1250 (6th Cir.1993), except
as to attorney fees and the operator liabili-
ty of Livingstone;

3) the district court's decision on the
operator liability of Livingstone is VA-
CATED; and

4) the case is REMANDED to the dis-
trict court for further proceedings as set
forth in the reinstated panel decision and
for further consideration of the issue of
Livingstone's liability in light of *United
States v. Bestfoods,* 524 U.S. 51, 118 S.Ct.
1876, 141 L.Ed.2d 43 (1998).